**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO.** 3:26-cv-652-GNS

**Electronically Filed**

**COURTNEY HOWARD,** **PLAINTIFF**

**v.**

**NOTICE OF FILING OF REMOVAL AND PETITION FOR REMOVAL OF STATE COURT ACTION TO U.S. DISTRICT COURT**

**LOUISVILLE METRO GOVERNMENT and COMMONWEALTH OF KENTUCKY** **DEFENDANTS**

* * * * * * * * * * *

1. Pursuant to 28 U.S.C. §§ 1441 and 1446, Respondents/Defendants Jefferson County Attorney's Office ("JCAO"), an agency of the Louisville/Jefferson County Metro Government ("LMG"), and the Cabinet for Health and Family Services ("CHFS"), and agency of the Commonwealth of Kentucky by counsel ("Commonwealth"), hereby give notice of their removal of this action from the Jefferson Family Court, Civil Action No. 26-CI-501398, Division Three, to the United States District Court, Western District of Kentucky, Louisville Division.

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that the allegations set forth in the Complaint allege a federal question. Specifically, Plaintiff alleges violations of his U.S. Constitutional Rights under the Fourteenth Amendment. Plaintiff also alleges a violation of Title VII, 42 U.S.C § 1983, *et seq*. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Complaint.

3. Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a) and (c), since this court has

original jurisdiction and the Jefferson Family Court and Jefferson County is located within the Western District of Kentucky. The Complaint includes federal questions alleged under the Fourteenth Amendment of the U.S. Constitution as well as Title VII, 42 U.S.C. § 1983, *et seq*. and therefore the case is removed pursuant to 28 U.S.C. 1441(c).

4. LMG and Commonwealth were served the original Complaint in this action by way of summons on June 15, 2026. Mary Shepherd and her minor child C.S. are additional parties to this action though not active litigants. On August 7, 2026, the Jefferson Family Court granted the Plaintiff's motion for leave to amend, making the First Amended Petition for Immediate Entitlement to Custody and Federal and Statutory Violations the operative pleading in this case. Section VI, Claim 2 of the First Amended Petition alleges a claim for deprivation of due process pursuant to the Fourteenth Amendment to the U.S. Constitution in violation of 42 U.S.C. §1983 seeking declaratory and equitable relief, compensatory damages, attorney fees, costs, prejudgment interest and punitive damages against unnamed individual Defendants. *First Amended Petition,* ¶¶*30-42*. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), a copy of the Complaint and Summons and all other pleadings which have been received are attached to this Petition for Removal. The attached documents constitute all pleadings and other documents in the file of the Jefferson Circuit Court as of this date.

6. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ William J. Walsh
William J. Walsh KBA# 87752
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3076
William.walsh@louisvilleky.gov
*Counsel for Defendant Metro Government*

SARAH S. JACKSON (KBA # 91806)
Assistant Counsel
Cabinet for Health & Family Svcs.
Office of Legal Services
L&N Building, 4E
908 West Broadway
Louisville, KY 40203
(502) 764-1435
sarah.jackson@ky.gov
*Counsel for Defendant Commonwealth Ky.*

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system and mailed via US mail, postage prepaid, this 21st day of August, 2026, upon the following:

John H. Helmers, Jr.
Melina Hettiaratchi
HELMERS & ASSOCIATES
607 West Main St, Suite 202
Louisville, Kentucky 40202
(502) 581-0077
jhelmers@helmerslaw.com
melina@helmerslaw.com
*Counsel for Courtney Howard*

Debbie King
Debbieking290@gmail.com

*Counsel for Mary Shepherd*

Gretchen Avery
*Guardian ad litem*
gretchen@gretchenaverylaw.com
*Counsel for C.S.*

/s/ William J. Walsh
WILLIAM J. WALSH